AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| United States Department of the Interior | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. L:24-PO-00637-SAH |
| Vijayant Ghai | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Vijayant Ghai, Defendant.

Date: 08/14/2024

*/s/ Barbara H. Vonderheid*
*Attorney's signature*

Barbara H. Vonderheid CO Bar #16191
*Printed name and bar number*

PO Box 9949 Breckenridge CO 80424

*Address*

bvonderheid@vonderheidlaw.com
*E-mail address*

(303) 217-7718
*Telephone number*

(303) 595-5342
*FAX number*