**FILED**



9:38 am, 8/22/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| Plaintiff | |
| vs | Case Number   L:24-PO-00637-SAH-1 |
| VIJAYANT GHAI | |
| Defendant | |
| Violation Charged   Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails | Citation Number   (E1639691) |
| Date Violation Notice Issued   08/08/2024 | Place   WYNP |

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  9:00-9:36                                 Interpreter  N/A

Date  August 22, 2024                     Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear      Warrant issued on

☑ Appeared    ☑ By telephone

☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing    Barbara Vonderheid
   ☐ FPD    ☐ PANEL-CJA    ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____
   reason:

☐ Bail is set at
   ☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:24-PO-00637-SAH-1

| | |
|---|---|
| **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:** | |
| ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). | |
| ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor). | |
| This consent was made   ☐ orally   ☐ in writing | |

☑ Informed of charges and rights        Date  August 22, 2024
☑ Defendant arraigned                   Date  August 22, 2024
☑ Court accepts plea       Defendant enters ☑ Guilty        ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
   ☐ Not Guilty
   ☑ Guilty                E1639691
   ☐ Dismissed
   ☐ Collateral Forfeited
   ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence     Date  August 22, 2024
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
        ☐ With Supervision        ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine           500.00         Payable  to CVB by 09/23/2024
☐ Restitution                   To
☑ Community Service  500.00     To      Yellowstone Forever Geologic Protection
                                         09/23/2024

☑ Special Assessment   10.00
☑ Processing fee: $   30.00
☑ Defendant advised of right to appeal
☑ Other  Written judgment to follow.